**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALYSSA DOWLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-805-SRW |
| | ) | |
| ERIC KOMITEE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiff Alyssa Dowling's application to proceed in district court without prepaying costs or fees and motion to appoint counsel. ECF No. 2. After considering the application and financial information provided, the Court will grant the application and waive the filing fee.

After reviewing the complaint the Court finds it is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Because Plaintiff is proceeding without counsel, the Court will allow her the opportunity to file an amended complaint on a Court-provided form. Plaintiff has **thirty (30) days** from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that her

amended complaint will take the place of her original filing and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 17th day of July, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2