**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALYSSA DOWLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-805-SRW |
| | ) | |
| ERIC KOMITEE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon Plaintiff Alyssa Dowling's application to proceed in district court without prepaying costs or fees and motion to appoint counsel. ECF No. 2. After considering the application and financial information provided, the Court will grant the application and waive the filing fee.

Further, the Court notes that Plaintiff commenced this civil action on May 18, 2026. ECF No. 1. On July 17, 2026, the Court issued an Order directing Plaintiff to file an amended complaint. ECF No. 3. The Court cautioned Plaintiff that her failure to timely comply with the Order would result in the dismissal of the case without further notice. *Id*.

To date, Plaintiff has not submitted an amended complaint, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's July 17, 2026 Order and failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control

necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that application to proceed in district court without prepaying costs or fees and motion to appoint counsel (ECF No. 2) is **GRANTED**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 25th day of August, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE